UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | |
|---|---|---|
| **Case Title :** | Laffoon Enterprises, Inc. | **Case No :** 09-31396 - C - 11 |
| | | **Date :** 7/28/09 |
| | | **Time :** 10:30 |

**Matter :** Status Conference - [1] - Chapter 11 Voluntary Petition. Missing Document(s): Attorney Disclosure Statement; Summary of schedules; Schedule A - Real Property; Schedule B - Personal Property; Schedule D - Secured Creditors; Schedule E - Unsecured Priority Creditor; Schedule F - Unsecured Nonpriority Creditors; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Statement of Financial Affairs; Balance Sheet due by 6/19/2009. Cash Flow Statement due by 6/19/2009. Tax Return; Statement of Operations due by 6/19/2009. Statement Regarding Ownership of Corporate Debtor; Document(s) due by 6/19/2009. (msws) Modified on 6/5/2009 (msws).

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
　　　Debtor(s) Attorney - Julia P. Gibbs
　　　Creditor - Mary Olden

HEARING CONTINUED TO: 9/1/09 at 10:30 AM

FURTHER: Oral motion to reject lease (Roseville property) is granted. Order to follow by Mary Olden.