2009-31396
FILED
August 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002022846

2

1  MARK GORTON (State Bar No. 099312)
   MARY E. OLDEN (State Bar No. 109373)
2  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
3  500 Capitol Mall, 18th Floor
   Sacramento, CA 95814
4  Phone: 916.444.3900
   Fax:   916.442.8334
5  Email: mgorton@mhalaw.com
          molden@mhalaw.com
6
   Attorneys for Party in Interest
7  Tsakopoulos Enterprises

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re<br><br>LAFFOON ENTERPRISES, LLC,<br>dba JIMBOY'S TACOS<br><br><br><br>Debtor | Case No. 09-31396-C11<br><br>ORDER AUTHORIZING REJECTION OF LEASE OF NONRESIDENTIAL REAL PROPERTY PREMISES<br><br>Date: July 28, 2009<br>Time: 10:30 a.m.<br>Dept: C<br>Honorable Christopher M. Klein |

Upon the ex parte application of debtor-in-possession Laffoon Enterprises, LLC, for an order rejecting the lease of nonresidential real property premises at 1000 Sunrise Avenue, Suite 1A, Roseville, California; and

Upon the support for the motion expressed by Lessor Tsakopoulos Enterprises; and

Good cause appearing therefore;

THE COURT ORDERS AS FOLLOWS:

The lease of the nonresidential real property premises located at 1000 Sunrise Avenue, Suite 1A, Roseville, California, is deemed rejected as of July 28, 2009, without prejudice to the

///

-1-

RECEIVED
August 13, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002022846

1 ability of the debtor-in-possession or any trustee appointed in this case to argue that the lease was
2 terminated prepetition.

Dated: August 14, 2009

_____
United States Bankruptcy Judge

