2009-31396
FILED
September 03, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002042307

2
GUTTENBERG, RAPSON & COLVIN LLP
DAVID J. RAPSON, SBN 111972
1970 Broadway, Suite 1200
Oakland, California 94612
Telephone: (510) 286-2080
Facsimile: (510) 286-2070
E-mail: drapson@grclaw.com

Attorneys for CIT Small Business
Lending Corporation

GUTTENBERG, RAPSON & COLVIN LLP
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 286-2060

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re                                )   Case No. 09-31396-C-11
                                     )   Chapter 11
   LAFFOON ENTERPRISES, INC.,        )
                                     )   **[PROPOSED] ORDER FOR RELIEF
   Debtor.                           )   FROM STAY IN FAVOR OF CIT
                                     )   SMALL BUSINESS LENDING
                                     )   CORPORATION**
_____)
                                         (No Hearing Required)

The Court having reviewed the Stipulation by and between CIT Small Business Lending Corporation ("CIT") and debtor Laffoon Enterprises, Inc. (the "Debtor"), each by their respective counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED:

    1.    CIT is granted immediate relief from the automatic stay pursuant to 11 USC § 362(d) so that CIT may exercise its rights under applicable law in and to the Debtor's assets including (but not limited to) the Debtor's inventory, equipment, general intangibles, and accounts receivable; and

//

//

//

-1-

RECEIVED
August 24, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002042307

[...]IEF FROM STAY

C22.158/003.DJR
08/24/09 (1)

2. The 10-day stay of Bankruptcy Rule 4001(a)(3) is hereby deemed waived.

Dated: September 03, 2009

_____
United States Bankruptcy Judge

### END OF ORDER ###

GUTTENBERG, RAPSON & COLVIN LLP
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 286-2060