B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re Laffoon Enterprises Inc.
*Debtor*

Case No. 09-31396-C11

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: August

Date filed:

Line of Business: Restaurant

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:


Original Signature of Responsible Party

Ted Laffoon

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 79,523.40

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 59,097.38

Cash on Hand at End of Month $ 68,462.51

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 66,626.59

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 74,699.77

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 79,523.40

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 74,699.77

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ 4,823.63

D 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?     14

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?     14

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?     $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?     $ 25,000.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?     $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?     $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 75,671.00 | $ 79,523.40 | $ 3,852.40 |
| EXPENSES | $ 74,588.00 | $ 74,699.77 | $ 111.77 |
| CASH PROFIT | $ 1,113.00 | $ 4,823.63 | $ 3,710.63 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                          $ 73,286.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                      $ 72,565.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                  $ 721.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# Laffoon Enterprises, Inc.#220
## Profit & Loss YTD Comparison
### August 2009

| | Aug 09 | Jan - Aug 09 | % of Income |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| SALES | 79,604.84 | 580,552.50 | 100.1% |
| ATM SURCHARGE | 16.50 | 180.50 | 0.0% |
| VENDING MACHINE | -30.00 | 150.00 | -0.0% |
| **SALES ADJUSTMENTS** | | | |
| CASH OVER/SHORT | -68.33 | -233.47 | -0.1% |
| SALES TAX ADJUSTMENT | 0.39 | 0.03 | 0.0% |
| **Total SALES ADJUSTMENTS** | -67.94 | -233.44 | -0.1% |
| **Total Income** | 79,523.40 | 580,629.56 | 100.0% |
| **Cost of Goods Sold** | | | |
| DAIRY | 3,778.59 | 22,264.27 | 4.8% |
| MEAT | 6,467.90 | 43,543.28 | 8.2% |
| PRODUCE | 2,146.99 | 15,017.61 | 2.7% |
| TORTILLAS | 0.00 | 10,426.98 | 0.0% |
| OTHER FOOD | 5,626.01 | 36,952.97 | 7.1% |
| BEER | 322.60 | 2,381.00 | 0.4% |
| SOFT DRINKS | 1,996.53 | 12,901.44 | 2.5% |
| PAPER | 3,996.05 | 31,563.71 | 5.0% |
| **Total COGS** | 24,354.67 | 175,071.26 | 30.6% |
| **Gross Profit** | 55,168.73 | 405,558.30 | 69.4% |
| **Expense** | | | |
| AMORTIZATION | 328.63 | 2,630.64 | 0.4% |
| AUTO | 716.80 | 716.80 | 0.9% |
| ACCOUNTING | 523.33 | 3,273.33 | 0.7% |
| ADVERTISING | 745.00 | 3,116.25 | 0.9% |
| BANK CHARGES | 30.00 | 363.67 | 0.0% |
| DEPRCIATION | 4,086.16 | 32,689.28 | 5.1% |
| FRANCHISE FEE | 5,556.37 | 34,335.11 | 7.0% |
| INSURANCE | 0.00 | 2,423.76 | 0.0% |
| INTEREST EXPENSE | 0.00 | 3,344.57 | 0.0% |
| LICENSE AND LOCAL TAXES | 0.00 | 2,432.91 | 0.0% |
| MEDICAL | 0.00 | 261.00 | 0.0% |
| MERCHANT FEES | 697.36 | 4,693.88 | 0.9% |
| OFFICE | 308.37 | 2,212.93 | 0.4% |
| **OPERATING EXPENSE** | | | |
| PEST CONTROL | 45.00 | 780.00 | 0.1% |
| GREASE PICK UP | 0.00 | 399.00 | 0.0% |
| UTILITIES-MUZAK | 36.00 | 790.52 | 0.0% |
| SECURITY | 196.50 | 601.50 | 0.2% |
| **Total OPERATING EXPENSE** | 277.50 | 2,571.02 | 0.3% |
| **PAYROLL EXPENSE** | | | |
| WAGES | 16,663.98 | 119,795.28 | 21.0% |
| PAYROLL TAXES | 2,960.41 | 15,553.00 | 3.7% |
| WORKERS COMP | 0.00 | 2,516.06 | 0.0% |
| PAYROLL EXPENSE - Other | 0.00 | 9,575.01 | 0.0% |
| **Total PAYROLL EXPENSE** | 19,624.39 | 147,439.35 | 24.7% |
| PROPERTY TAX | 1,202.51 | 6,165.55 | 1.5% |
| RENT | 6,200.00 | 48,600.00 | 7.8% |
| REPAIR AND MAINTENANCE | 220.70 | 4,556.37 | 0.3% |
| SMALL WARES | 380.01 | 380.01 | 0.5% |
| SUPPLIES | 1,386.75 | 8,092.99 | 1.7% |
| TELEPHONE | 423.07 | 3,619.83 | 0.5% |
| TRASH COLLECTIONS | 546.69 | 3,626.63 | 0.7% |
| UTILITIES | 0.00 | 15,149.77 | 0.0% |
| **Total Expense** | 43,253.84 | 331,095.48 | 54.4% |
| **Net Ordinary Income** | 11,914.89 | 74,462.82 | 15.0% |

# Laffoon Enterprises, Inc.#220
## Profit & Loss YTD Comparison
### August 2009

| | Aug 09 | Jan - Aug 09 | % of Income |
|---|---|---|---|
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| INTEREST INCOME | 0.00 | 0.16 | 0.0% |
| **Total Other Income** | 0.00 | 0.16 | 0.0% |
| **Other Expense** | | | |
| CHARITABLE CONTRIBUTIONS- | 0.00 | 115.00 | 0.0% |
| SUSPENSE | 0.00 | 0.00 | 0.0% |
| OFFICERS SALARY | 6,500.00 | 19,500.00 | 6.2% |
| OFFICERS PAYROLL TAX | 591.26 | 2,149.78 | 0.7% |
| **Total Other Expense** | 7,091.26 | 21,764.78 | 6.9% |
| **Net Other Income** | -7,091.26 | -21,764.62 | -6.9% |
| **Net Income** | 4,823.63 | 53,698.20 | 6.1% |

# Laffoon Enterprises, Inc.
## Profit & Loss Prev Year Comparison
### January through August 2009

| | Jan - Aug 09 | Jan - Aug 08 | $ Change | % Change |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| SALES | 834,922.41 | 1,018,233.60 | -183,311.19 | -18.0% |
| ATM SURCHARGE | 786.60 | 1,339.44 | -552.84 | -41.3% |
| VENDING MACHINE | 150.00 | 720.00 | -570.00 | -79.2% |
| SALES ADJUSTMENTS | | | | |
| CASH OVER/SHORT | -253.53 | -1,126.95 | 873.42 | 77.5% |
| SALES TAX ADJUSTMENT | -0.48 | -1.03 | 0.55 | 53.4% |
| Total SALES ADJUSTMENTS | -254.01 | -1,127.98 | 873.97 | 77.5% |
| Total Income | 835,605.00 | 1,019,165.06 | -183,560.06 | -18.0% |
| **Cost of Goods Sold** | | | | |
| DAIRY | 39,276.12 | 60,694.06 | -21,417.94 | -35.3% |
| MEAT | 71,644.46 | 83,117.62 | -11,473.16 | -13.8% |
| PRODUCE | 23,382.36 | 29,637.01 | -6,254.65 | -21.1% |
| TORTILLAS | 17,680.22 | 23,788.33 | -5,908.11 | -24.8% |
| OTHER FOOD | 58,987.09 | 54,935.13 | 4,051.96 | 7.4% |
| BEER | 2,964.55 | 4,084.86 | -1,120.31 | -27.4% |
| SOFT DRINKS | 18,742.27 | 22,298.35 | -3,556.08 | -16.0% |
| PAPER | 45,426.55 | 58,229.93 | -12,803.38 | -22.0% |
| Total COGS | 278,303.62 | 336,785.29 | -58,481.67 | -17.4% |
| **Gross Profit** | 557,301.38 | 682,379.77 | -125,078.39 | -18.3% |
| **Expense** | | | | |
| Voided | 0.00 | 0.00 | 0.00 | 0.0% |
| AMORTIZATION | 2,630.64 | 2,613.80 | 16.84 | 0.6% |
| AUTO | 1,172.75 | 12,522.64 | -11,349.89 | -90.6% |
| ACCOUNTING | 5,996.53 | 6,613.02 | -616.49 | -9.3% |
| ADVERTISING | 5,213.93 | 2,032.85 | 3,181.08 | 156.5% |
| BANK CHARGES | 455.77 | 1,018.05 | -562.28 | -55.2% |
| DEPRECIATION | 32,689.28 | 33,008.12 | -318.84 | -1.0% |
| EQUIPMENT LEASE/RENT | 773.54 | 1,481.44 | -707.90 | -47.8% |
| FRANCHISE FEE | 59,656.61 | 67,420.91 | -7,764.10 | -11.5% |
| INSURANCE | 3,824.60 | 8,289.61 | -4,465.01 | -53.9% |
| INTEREST EXPENSE | 11,299.23 | 30,110.85 | -18,811.62 | -62.5% |
| LEGAL | 25,000.00 | 0.00 | 25,000.00 | 100.0% |
| LICENSE AND LOCAL TAXES | 2,685.41 | 3,834.29 | -1,148.88 | -30.0% |
| MEDICAL | 261.00 | 0.00 | 261.00 | 100.0% |
| MERCHANT FEES | 8,458.59 | 9,185.09 | -726.50 | -7.9% |
| OFFICE | 3,021.00 | 4,406.31 | -1,385.31 | -31.4% |
| OPERATING EXPENSE | | | | |
| EDUCATION & TRAINING | 0.00 | 170.00 | -170.00 | -100.0% |
| PEST CONTROL | 1,225.00 | 1,617.25 | -392.25 | -24.3% |
| GREASE PICK UP | 399.00 | 833.00 | -434.00 | -52.1% |
| UTILITIES-MUZAK | 790.52 | 778.49 | 12.03 | 1.6% |
| JANITORIAL SERVICE | 0.00 | 1,397.01 | -1,397.01 | -100.0% |
| SECURITY | 697.50 | 839.00 | -141.50 | -16.9% |
| Total OPERATING EXPENSE | 3,112.02 | 5,634.75 | -2,522.73 | -44.8% |
| **PAYROLL EXPENSE** | | | | |
| WAGES | 184,023.00 | 243,479.74 | -59,456.65 | -24.4% |
| PAYROLL TAXES | 23,161.68 | 26,728.11 | -3,566.48 | -13.3% |
| WORKERS COMP | 4,098.76 | 6,497.47 | -2,398.71 | -36.9% |
| PAYROLL EXPENSE - Ot... | 0.00 | 0.00 | 0.00 | 0.0% |
| Total PAYROLL EXPENSE | 211,283.46 | 276,705.32 | -65,421.84 | -23.6% |

# Laffoon Enterprises, Inc.
## Profit & Loss Prev Year Comparison
### January through August 2009

|  | Jan - Aug 09 | Jan - Aug 08 | $ Change | % Change |
|---|---|---|---|---|
| PROPERTY TAX | 6,165.55 | 4,625.18 | 1,340.37 | 27.6% |
| RENT | 78,370.18 | 79,226.75 | -856.57 | -1.1% |
| REPAIR AND MAINTENANCE | 9,249.13 | 14,226.14 | -4,977.01 | -35.0% |
| SMALL WARES | 380.01 | 124.00 | 256.01 | 206.5% |
| SUPPLIES | 13,695.03 | 20,318.01 | -6,622.98 | -32.6% |
| TELEPHONE | 4,645.73 | 5,531.07 | -885.34 | -16.0% |
| TRASH COLLECTIONS | 4,373.52 | 6,013.99 | -1,640.47 | -27.3% |
| TRUSTEE FEES | 325.00 | 0.00 | 325.00 | 100.0% |
| UNIFORMS | 0.00 | 1,896.34 | -1,896.34 | -100.0% |
| UTILITIES | 28,766.40 | 33,339.82 | -4,573.42 | -13.7% |
| Total Expense | 523,505.13 | 630,378.35 | -106,873.22 | -17.0% |
| Net Ordinary Income | 33,796.25 | 52,001.42 | -18,205.17 | -35.0% |
| Other Income/Expense | | | | |
| Other Income | | | | |
| INTEREST INCOME | 0.16 | 0.00 | 0.16 | 100.0% |
| Total Other Income | 0.16 | 0.00 | 0.16 | 100.0% |
| Other Expense | | | | |
| CHARITABLE CONTRIBUTIONS- | 115.00 | 0.00 | 115.00 | 100.0% |
| SUSPENSE | -2,000.00 | 7,939.96 | -9,939.96 | -125.2% |
| NON-DEDUCTIBLE EXPENSE | | | | |
| PENALTIES | 0.00 | 367.14 | -367.14 | -100.0% |
| Total NON-DEDUCTIBLE EXPE... | 0.00 | 367.14 | -367.14 | -100.0% |
| OFFICERS SALARY | 19,500.00 | 0.00 | 19,500.00 | 100.0% |
| OFFICERS PAYROLL TAX | 2,149.78 | 0.00 | 2,149.78 | 100.0% |
| Total Other Expense | 19,764.78 | 8,307.10 | 11,457.68 | 137.9% |
| Net Other Income | -19,764.62 | -8,307.10 | -11,457.52 | -137.9% |
| Net Income | 14,031.63 | 43,694.32 | -29,662.69 | -67.9% |

# Laffoon Enterprises, Inc.
## Profit & Loss Prev Year Comparison
### August 2009

| | Aug 09 | Aug 08 | $ Change | % Change |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| SALES | 79,604.84 | 149,007.08 | -69,402.24 | -46.6% |
| ATM SURCHARGE | 16.50 | 187.60 | -171.10 | -91.2% |
| VENDING MACHINE | -30.00 | 60.00 | -90.00 | -150.0% |
| SALES ADJUSTMENTS | | | | |
| CASH OVER/SHORT | -68.33 | 171.29 | -239.62 | -139.9% |
| SALES TAX ADJUSTMENT | 0.39 | -0.25 | 0.64 | 256.0% |
| Total SALES ADJUSTMENTS | -67.94 | 171.04 | -238.98 | -139.7% |
| **Total Income** | 79,523.40 | 149,425.72 | -69,902.32 | -46.8% |
| **Cost of Goods Sold** | | | | |
| DAIRY | 3,778.59 | 9,523.64 | -5,745.05 | -60.3% |
| MEAT | 6,487.90 | 11,374.00 | -4,886.10 | -43.0% |
| PRODUCE | 2,146.99 | 3,931.74 | -1,784.75 | -45.4% |
| TORTILLAS | 0.00 | 3,991.84 | -3,991.84 | -100.0% |
| OTHER FOOD | 5,626.01 | 6,728.71 | -1,102.70 | -16.4% |
| BEER | 322.60 | 525.55 | -202.95 | -38.6% |
| SOFT DRINKS | 1,996.53 | 3,424.24 | -1,427.71 | -41.7% |
| PAPER | 3,996.05 | 8,022.83 | -4,026.78 | -50.2% |
| **Total COGS** | 24,354.67 | 47,522.35 | -23,167.68 | -48.8% |
| **Gross Profit** | 55,168.73 | 101,903.37 | -46,734.64 | -45.9% |
| **Expense** | | | | |
| Voided | 0.00 | 0.00 | 0.00 | 0.0% |
| AMORTIZATION | 328.83 | 328.83 | 0.00 | 0.0% |
| AUTO | 716.80 | 1,550.00 | -833.20 | -53.8% |
| ACCOUNTING | 523.33 | 798.33 | -275.00 | -34.5% |
| ADVERTISING | 745.00 | 823.00 | -78.00 | -9.5% |
| BANK CHARGES | 30.00 | 94.96 | -64.96 | -68.4% |
| DEPRCIATION | 4,086.16 | 4,086.16 | 0.00 | 0.0% |
| EQUIPMENT LEASE/RENT | 0.00 | 185.18 | -185.18 | -100.0% |
| FRANCHISE FEE | 5,556.37 | 8,983.22 | -3,426.85 | -38.2% |
| INSURANCE | 0.00 | 936.22 | -936.22 | -100.0% |
| INTEREST EXPENSE | 0.00 | 2,740.16 | -2,740.16 | -100.0% |
| MERCHANT FEES | 697.36 | 1,209.55 | -512.19 | -42.4% |
| OFFICE | 308.37 | 949.32 | -640.95 | -67.5% |
| OPERATING EXPENSE | | | | |
| EDUCATION & TRAINING | 0.00 | 170.00 | -170.00 | -100.0% |
| PEST CONTROL | 45.00 | 420.00 | -375.00 | -89.3% |
| UTILITIES-MUZAK | 36.00 | 36.00 | 0.00 | 0.0% |
| JANITORIAL SERVICE | 0.00 | 76.33 | -76.33 | -100.0% |
| SECURITY | 196.50 | 196.50 | 0.00 | 0.0% |
| Total OPERATING EXPENSE | 277.50 | 898.83 | -621.33 | -69.1% |
| **PAYROLL EXPENSE** | | | | |
| WAGES | 16,663.98 | 38,250.25 | -21,586.27 | -56.4% |
| PAYROLL TAXES | 2,960.41 | 3,585.64 | -625.23 | -17.4% |
| WORKERS COMP | 0.00 | 944.96 | -944.96 | -100.0% |
| PAYROLL EXPENSE - Other | 0.00 | 0.00 | 0.00 | 0.0% |
| **Total PAYROLL EXPENSE** | 19,624.39 | 42,780.85 | -23,156.46 | -54.1% |

# Laffoon Enterprises, Inc.
## Profit & Loss Prev Year Comparison
### August 2009

| | Aug 09 | Aug 08 | $ Change | % Change |
|---|---|---|---|---|
| PROPERTY TAX | 1,202.51 | 0.00 | 1,202.51 | 100.0% |
| RENT | 6,200.00 | 12,166.34 | -5,986.34 | -49.1% |
| REPAIR AND MAINTENANCE | 220.70 | 1,410.29 | -1,189.59 | -84.4% |
| SMALL WARES | 380.01 | 0.00 | 380.01 | 100.0% |
| SUPPLIES | 1,386.75 | 2,908.86 | -1,522.11 | -52.3% |
| TELEPHONE | 423.07 | 538.50 | -115.43 | -21.4% |
| TRASH COLLECTIONS | 546.69 | 496.37 | 50.32 | 10.1% |
| UNIFORMS | 0.00 | 159.55 | -159.55 | -100.0% |
| UTILITIES | 2,829.26 | 6,147.09 | -3,317.83 | -54.0% |
| **Total Expense** | 46,083.10 | 90,211.61 | -44,128.51 | -48.9% |
| **Net Ordinary Income** | 9,085.63 | 11,591.76 | -2,806.13 | -22.3% |
| Other Income/Expense | | | | |
| Other Expense | | | | |
| SUSPENSE | 0.00 | 5,026.60 | -5,026.60 | -100.0% |
| OFFICERS SALARY | 6,500.00 | 0.00 | 6,500.00 | 100.0% |
| OFFICERS PAYROLL TAX | 591.26 | 0.00 | 591.26 | 100.0% |
| **Total Other Expense** | 7,091.26 | 5,026.60 | 2,064.66 | 41.1% |
| **Net Other Income** | -7,091.26 | -5,026.60 | -2,064.66 | -41.1% |
| **Net Income** | 1,994.37 | 6,565.16 | -4,570.79 | -70.1% |

# Laffoon Enterprises, Inc.
## Balance Sheet
### As of August 31, 2009

| | Aug 31, 09 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| WEST AMERICA BANK DEBTOR POCESS | 68,462.51 |
| CHANGE FUND | 5,553.00 |
| UNDEPOSITED FUNDS | 12,578.72 |
| UNDEPOSITED CREDIT CARDS | 2,675.57 |
| **Total Checking/Savings** | 89,269.80 |
| | |
| **Other Current Assets** | |
| FIRST US SECURED CREDIT CARD | 3,000.00 |
| EMPLOYEE LOAN | 79.85 |
| INVENTORY | 1,000.00 |
| **Total Other Current Assets** | 4,079.85 |
| | |
| **Total Current Assets** | 93,349.65 |
| | |
| **Fixed Assets** | |
| **FIXED ASSETS** | |
| LEASEHOLD IMPROVEMENTS #16 | 225,903.86 |
| LEASEHOLD IMPROVEMENTS #220 | 500,603.75 |
| RESTAURANT EQUIP & FIXTURES #16 | 119,123.61 |
| RESTAURANT EQUIP & FIXTURES#220 | 132,993.26 |
| OFFICE EQUIPMENT #16 | 37,123.44 |
| OFFICE EQUIPMENT #220 | 48,725.31 |
| SIGNS #16 | 17,527.56 |
| SIGNS #220 | 33,585.85 |
| ACCUMULATED DEPRECIATION | -367,781.13 |
| **Total FIXED ASSETS** | 747,805.51 |
| | |
| **Total Fixed Assets** | 747,805.51 |
| | |
| **Other Assets** | |
| LOAN COSTS | 41,686.50 |
| NEW FRANCHISE FEE | 36,000.00 |
| ACCUMULATED AMORTIZATION | -18,401.56 |
| DEPOSITS | 18,888.00 |
| SHAREHOLDER LOAN | 139,063.67 |
| **Total Other Assets** | 217,236.61 |
| | |
| **TOTAL ASSETS** | 1,058,391.77 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| ACCOUNTS PAYABLE | 46,924.88 |
| **Total Accounts Payable** | 46,924.88 |
| | |
| **Credit Cards** | |
| CHASE CREDIT CARD | 29,204.19 |
| **Total Credit Cards** | 29,204.19 |
| | |
| **Other Current Liabilities** | |
| PAYROLL TAX PAYABLE | 968.45 |
| SALES TAX PAYABLE | 13,165.00 |
| **Total Other Current Liabilities** | 14,133.45 |
| | |
| **Total Current Liabilities** | 90,262.52 |

# Laffoon Enterprises, Inc.
## Balance Sheet
### As of August 31, 2009

|  | Aug 31, 09 |
|---|---|
| **Long Term Liabilities** |  |
| CIT LOAN | 438,898.86 |
| NOTE PAYABLE - WESTAMERICA | 24,283.60 |
| NOTE PAYABLE - UMPQUA | 435,721.89 |
| US BANK - LOC PAYABLE | 59,101.19 |
| **Total Long Term Liabilities** | 958,005.54 |
| **Total Liabilities** | 1,045,256.06 |
| **Equity** |  |
| CAPITAL STOCK | 138,981.00 |
| **CURRENT YEAR DISTRIBUTIONS** |  |
| Hillsdale | -4,205.50 |
| TGL INCOME | 54,778.50 |
| TGL EXPENSES | -119,946.29 |
| CITIBANK 8197 | 19,588.79 |
| CITIBANK 5735 | 4,399.45 |
| TNC Expenses | -440.00 |
| CURRENT YEAR DISTRIBUTIONS - Other | 43,917.12 |
| **Total CURRENT YEAR DISTRIBUTIONS** | -1,907.92 |
| Retained Earnings | -138,980.16 |
| YEAR TO DATE EARNINGS | -0.84 |
| Net Income | 14,031.63 |
| **Total Equity** | 12,123.71 |
| **TOTAL LIABILITIES & EQUITY** | 1,058,391.77 |

@ 013          10/09/2009 14:42 FAX

# Laffoon Enterprises, Inc.#220
## Profit & Loss YTD Comparison
### August 2009

| | Aug 09 | Jan - Aug 09 | % of Income |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| SALES | 79,604.84 | 580,552.50 | 100.1% |
| ATM SURCHARGE | 16.50 | 160.50 | 0.0% |
| VENDING MACHINE | -30.00 | 150.00 | -0.0% |
| SALES ADJUSTMENTS | | | |
| CASH OVER/SHORT | -68.33 | -233.47 | -0.1% |
| SALES TAX ADJUSTMENT | 0.39 | 0.03 | 0.0% |
| Total SALES ADJUSTMENTS | -67.94 | -233.44 | -0.1% |
| Total Income | 79,523.40 | 580,629.56 | 100.0% |
| **Cost of Goods Sold** | | | |
| DAIRY | 3,778.59 | 22,284.27 | 4.8% |
| MEAT | 6,487.90 | 43,543.28 | 8.2% |
| PRODUCE | 2,146.99 | 15,017.61 | 2.7% |
| TORTILLAS | 0.00 | 10,426.98 | 0.0% |
| OTHER FOOD | 5,526.01 | 36,952.97 | 7.1% |
| BEER | 322.60 | 2,381.00 | 0.4% |
| SOFT DRINKS | 1,966.53 | 12,901.44 | 2.5% |
| PAPER | 3,966.05 | 31,563.71 | 5.0% |
| Total COGS | 24,354.67 | 175,071.26 | 30.6% |
| **Gross Profit** | 55,168.73 | 405,558.30 | 69.4% |
| **Expense** | | | |
| AMORTIZATION | 328.83 | 2,630.64 | 0.4% |
| AUTO | 716.80 | 716.80 | 0.9% |
| ACCOUNTING | 523.33 | 3,273.33 | 0.7% |
| ADVERTISING | 745.00 | 3,116.26 | 0.9% |
| BANK CHARGES | 30.00 | 363.67 | 0.0% |
| DEPRCIATION | 4,086.16 | 32,689.28 | 5.1% |
| FRANCHISE FEE | 5,556.37 | 34,335.11 | 7.0% |
| INSURANCE | 0.00 | 2,423.76 | 0.0% |
| INTEREST EXPENSE | 0.00 | 3,344.57 | 0.0% |
| LICENSE AND LOCAL TAXES | 0.00 | 2,432.91 | 0.0% |
| MEDICAL | 0.00 | 261.00 | 0.0% |
| MERCHANT FEES | 697.36 | 4,893.88 | 0.9% |
| OFFICE | 308.37 | 2,212.93 | 0.4% |
| OPERATING EXPENSE | | | |
| PEST CONTROL | 45.00 | 780.00 | 0.1% |
| GREASE PICK UP | 0.00 | 399.00 | 0.0% |
| UTILITIes-MUZAK | 35.00 | 790.52 | 0.0% |
| SECURITY | 196.50 | 601.50 | 0.2% |
| Total OPERATING EXPENSE | 277.50 | 2,571.02 | 0.3% |
| **PAYROLL EXPENSE** | | | |
| WAGES | 16,663.98 | 119,795.28 | 21.0% |
| PAYROLL TAXES | 2,960.41 | 15,553.00 | 3.7% |
| WORKERS COMP | 0.00 | 2,516.06 | 0.0% |
| PAYROLL EXPENSE - Other | 0.00 | 9,575.01 | 0.0% |
| Total PAYROLL EXPENSE | 19,624.39 | 147,439.35 | 24.7% |
| PROPERTY TAX | 1,202.51 | 6,165.55 | 1.5% |
| RENT | 6,200.00 | 46,600.00 | 7.8% |
| REPAIR AND MAINTENANCE | 220.70 | 4,556.37 | 0.3% |
| SMALL WARES | 380.01 | 380.01 | 0.5% |
| SUPPLIES | 1,386.76 | 8,092.99 | 1.7% |
| TELEPHONE | 423.07 | 3,619.63 | 0.5% |
| TRASH COLLECTIONS | 646.69 | 3,826.63 | 0.7% |
| UTILITIES | 0.00 | 15,149.77 | 0.0% |
| Total Expense | 43,253.84 | 331,095.48 | 54.4% |
| **Net Ordinary Income** | 11,914.89 | 74,462.82 | 15.0% |

# Laffoon Enterprises, Inc.#220
## Profit & Loss YTD Comparison
### August 2009

| | Aug 09 | Jan - Aug 09 | % of Income |
|---|---|---|---|
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| INTEREST INCOME | 0.00 | 0.16 | 0.0% |
| **Total Other Income** | 0.00 | 0.16 | 0.0% |
| **Other Expense** | | | |
| CHARITABLE CONTRIBUTIONS- | 0.00 | 115.00 | 0.0% |
| SUSPENSE | 0.00 | 0.00 | 0.0% |
| OFFICERS SALARY | 6,500.00 | 19,500.00 | 8.2% |
| OFFICERS PAYROLL TAX | 591.26 | 2,149.78 | 0.7% |
| **Total Other Expense** | 7,091.26 | 21,764.78 | 8.9% |
| **Net Other Income** | -7,091.26 | -21,764.62 | -8.9% |
| **Net Income** | 4,823.63 | 52,698.20 | 6.1% |

Register: WEST AMERICA BANK DEBTOR POCESS
From 08/01/2009 through 08/31/2009
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/02/2009 | 1123 | Del Monte | MEAT | | 156.00 | X | | 58,941.38 |
| 08/02/2009 | 1124 | Del Monte | MEAT | | 520.00 | X | | 58,421.38 |
| 08/02/2009 | 1125 | Challenge Dairy | DAIRY | | 498.57 | X | | 57,922.81 |
| 08/02/2009 | 1126 | Cindy Laffoon | AUTO | | 716.80 | X | | 57,206.01 |
| 08/02/2009 | 1127 | SURENA YAVARI | RENT | | 6,200.00 | X | | 51,006.01 |
| 08/03/2009 | | Merchant fees | MERCHANT FEES | | 697.36 | X | | 50,308.65 |
| 08/03/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 5,711.00 | 56,019.65 |
| 08/03/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 783.65 | 56,803.30 |
| 08/04/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 2,203.00 | 59,006.30 |
| 08/04/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 937.02 | 59,943.32 |
| 08/04/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 888.10 | 60,831.42 |
| 08/04/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 776.85 | 61,608.27 |
| 08/05/2009 | | Sysco | -split- | sysco/cashiers ... | 2,556.00 | X | | 59,052.27 |
| 08/05/2009 | 1128 | Sausha Bandy | PAYROLL EXPENSE | | 508.42 | X | | 58,543.85 |
| 08/05/2009 | 1129 | Luis Centero | PAYROLL EXPENSE | | 668.01 | X | | 57,875.84 |
| 08/05/2009 | 1130 | Argelia Corona | PAYROLL EXPENSE | | 619.62 | X | | 57,256.22 |
| 08/05/2009 | 1131 | Taylor A. Goheen | PAYROLL EXPENSE | | 594.46 | X | | 56,661.76 |
| 08/05/2009 | 1132 | Estela Guillen | PAYROLL EXPENSE | | 516.13 | X | | 56,145.63 |
| 08/05/2009 | 1133 | Leon Guillermo | PAYROLL EXPENSE | | 569.94 | X | | 55,575.69 |
| 08/05/2009 | 1134 | Jeremiah a. Hanna | PAYROLL EXPENSE | | 610.54 | X | | 54,965.15 |
| 08/05/2009 | 1135 | MARIA DOLORES ... | PAYROLL EXPENSE | | 602.82 | X | | 54,362.33 |
| 08/05/2009 | 1136 | Kristie Hurtado | PAYROLL EXPENSE | | 569.09 | X | | 53,793.24 |
| 08/05/2009 | 1137 | Carlos A. Jiminez | PAYROLL EXPENSE | | 706.62 | X | | 53,086.62 |
| 08/05/2009 | 1138 | Cynthia Laffoon | PAYROLL EXPENSE | | 1,104.68 | X | | 51,981.94 |
| 08/05/2009 | 1139 | Theodore Laffoon | PAYROLL EXPENSE | | 1,657.81 | X | | 50,324.13 |
| 08/05/2009 | 1140 | Miriam L Martinez | PAYROLL EXPENSE | | 884.90 | X | | 49,439.23 |
| 08/05/2009 | 1141 | Austreberta Paola Ni... | PAYROLL EXPENSE | | 499.82 | X | | 48,939.41 |
| 08/05/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 2,084.00 | 51,023.41 |
| 08/05/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 868.10 | 51,891.51 |
| 08/06/2009 | 1142 | EDD | PAYROLL TAX PAY... | | 240.55 | X | | 51,650.96 |
| 08/06/2009 | 1143 | Federal Tax Processing | PAYROLL TAX PAY... | | 2,323.42 | X | | 49,327.54 |
| 08/06/2009 | 1144 | Sudden Link | OFFICE | | 39.95 | X | | 49,287.59 |
| 08/06/2009 | 1145 | IMPACT | SUPPLIES | | 142.51 | X | | 49,145.08 |
| 08/06/2009 | 1146 | Waste Management | TRASH COLLECTIO... | | 546.69 | X | | 48,598.39 |
| 08/06/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 1,806.00 | 50,404.39 |
| 08/06/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 784.05 | 51,188.44 |
| 08/07/2009 | | Sysco | -split- | cashiers ck | 1,706.00 | X | | 49,482.44 |
| 08/07/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 714.93 | 50,197.37 |
| 08/10/2009 | | Star Connect | OFFICE | | 7.00 | X | | 50,190.37 |
| 08/10/2009 | 1147 | Voided | DAIRY | VOID: | | X | | 50,190.37 |

Register: WEST AMERICA BANK DEBTOR POCESS
From 08/01/2009 through 08/31/2009
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/10/2009 | 1148 | Voided | MEAT | VOID: | | X | | 50,190.37 |
| 08/10/2009 | 1149 | Del Monte | MEAT | | 520.20 | X | | 49,670.17 |
| 08/10/2009 | 1150 | Del Monte | MEAT | | 234.00 | X | | 49,436.17 |
| 08/10/2009 | 1151 | Challenge Dairy | DAIRY | | 866.31 | X | | 48,569.86 |
| 08/10/2009 | 1152 | General Produce | PRODUCE | | 2,146.99 | X | | 46,422.87 |
| 08/10/2009 | 1153 | Coke | SOFT DRINKS | | 64.63 | X | | 46,358.24 |
| 08/10/2009 | 1154 | Economy | SUPPLIES | | 46.83 | X | | 46,311.41 |
| 08/10/2009 | 1155 | Clark Pest Control | OPERATING EXPEN... | | 45.00 | X | | 46,266.41 |
| 08/10/2009 | 1156 | Voided | ACCOUNTING | VOID: | | X | | 46,266.41 |
| 08/10/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 6,393.00 | 52,659.41 |
| 08/10/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 2,386.00 | 55,045.41 |
| 08/10/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 892.10 | 55,937.51 |
| 08/11/2009 | 1157 | Fast Signs | SUPPLIES | ada sticker for t... | 53.04 | X | | 55,884.47 |
| 08/11/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 1,737.89 | 57,622.36 |
| 08/11/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 830.20 | 58,452.56 |
| 08/11/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 786.58 | 59,239.14 |
| 08/11/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 590.16 | 59,829.30 |
| 08/12/2009 | | Sysco | -split- | cashiers ck | 1,631.00 | X | | 58,198.30 |
| 08/12/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 1,998.00 | 60,196.30 |
| 08/12/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 935.32 | 61,131.62 |
| 08/13/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 1,689.00 | 62,820.62 |
| 08/13/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 800.31 | 63,620.93 |
| 08/14/2009 | | Sysco | -split- | cashiers ck | 1,740.00 | X | | 61,880.93 |
| 08/14/2009 | 1158 | Taylor Freezers | REPAIR AND MAINT... | | 52.80 | X | | 61,828.13 |
| 08/14/2009 | 1159 | Nevada County Taxes | PROPERTY TAX | unsecured prop... | 1,202.51 | X | | 60,625.62 |
| 08/14/2009 | 1160 | Golden State Tax | ACCOUNTING | | 523.33 | X | | 60,102.29 |
| 08/14/2009 | 1161 | Voided | ACCOUNTING | VOID: | | X | | 60,102.29 |
| 08/14/2009 | 1162 | Voided | ACCOUNTING | VOID: | | X | | 60,102.29 |
| 08/14/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 498.31 | 60,600.60 |
| 08/15/2009 | 1163 | Del Monte | MEAT | | 262.20 | X | | 60,338.40 |
| 08/15/2009 | 1164 | Challenge Dairy | DAIRY | | 574.39 | X | | 59,764.01 |
| 08/15/2009 | 1165 | Del Monte | MEAT | | 336.72 | X | | 59,427.29 |
| 08/17/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 6,051.00 | 65,478.29 |
| 08/17/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 2,145.00 | 67,623.29 |
| 08/17/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 723.25 | 68,346.54 |
| 08/18/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 2,182.00 | 70,528.54 |
| 08/18/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 807.84 | 71,336.38 |
| 08/18/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 788.17 | 72,124.55 |
| 08/18/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 728.69 | 72,853.24 |
| 08/19/2009 | | Sysco | -split- | cashiers ck | 1,977.70 | X | | 70,875.54 |

Register: WEST AMERICA BANK DEBTOR POCESS
From 08/01/2009 through 08/31/2009
Sorted by: Date, Type, Number/Rcf

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/19/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 1,983.00 | 72,858.54 |
| 08/19/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 598.01 | 73,456.55 |
| 08/20/2009 | | JMI | FRANCHISE FEE | | 5,556.37 | X | | 67,900.18 |
| 08/20/2009 | 1166 | Sausha Bandy | PAYROLL EXPENSE | | 555.86 | X | | 67,344.32 |
| 08/20/2009 | 1167 | Luis Centero | PAYROLL EXPENSE | | 661.35 | X | | 66,682.97 |
| 08/20/2009 | 1168 | Argelia Corona | PAYROLL EXPENSE | | 510.27 | | | 66,172.70 |
| 08/20/2009 | 1169 | Taylor A. Goheen | PAYROLL EXPENSE | | 341.28 | X | | 65,831.42 |
| 08/20/2009 | 1170 | Estela Guillen | PAYROLL EXPENSE | | 556.61 | X | | 65,274.81 |
| 08/20/2009 | 1171 | Leon Guillermo | PAYROLL EXPENSE | | 571.84 | X | | 64,702.97 |
| 08/20/2009 | 1172 | Jeremiah a. Hanna | PAYROLL EXPENSE | | 603.41 | X | | 64,099.56 |
| 08/20/2009 | 1173 | MARIA DOLORES ... | PAYROLL EXPENSE | | 516.99 | X | | 63,582.57 |
| 08/20/2009 | 1174 | Kristie Hurtado | PAYROLL EXPENSE | | 606.84 | X | | 62,975.73 |
| 08/20/2009 | 1175 | Carlos A. Jiminez | PAYROLL EXPENSE | | 606.81 | X | | 62,368.92 |
| 08/20/2009 | 1176 | Miriam L Martinez | PAYROLL EXPENSE | | 786.63 | X | | 61,582.29 |
| 08/20/2009 | 1177 | Austreberta Paola Ni... | PAYROLL EXPENSE | | 471.98 | X | | 61,110.31 |
| 08/20/2009 | 1178 | Pablo Ramos | PAYROLL EXPENSE | | 242.39 | X | | 60,867.92 |
| 08/20/2009 | 1179 | Cynthia Laffoon | PAYROLL EXPENSE | | 1,104.69 | X | | 59,763.23 |
| 08/20/2009 | 1180 | Theodore Laffoon | PAYROLL EXPENSE | | 1,657.81 | X | | 58,105.42 |
| 08/20/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 2,155.00 | 60,260.42 |
| 08/20/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 635.56 | 60,895.98 |
| 08/21/2009 | | Sysco | -split- | cashiers ck | 1,415.52 | X | | 59,480.46 |
| 08/21/2009 | 1181 | Shelly's Smart Shopper | ADVERTISING | | 745.00 | X | | 58,735.46 |
| 08/21/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 1,953.00 | 60,688.46 |
| 08/21/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 713.72 | 61,402.18 |
| 08/24/2009 | 1182 | Del Monte | MEAT | | 415.44 | | | 60,986.74 |
| 08/24/2009 | 1183 | Del Monte | MEAT | | 492.72 | X | | 60,494.02 |
| 08/24/2009 | 1184 | Challenge Dairy | DAIRY | | 672.52 | X | | 59,821.50 |
| 08/24/2009 | 1185 | PG&E | DEPOSITS | deposit require... | 3,486.00 | | | 56,335.50 |
| 08/24/2009 | 1186 | EDD | PAYROLL TAX PAY... | | 229.08 | X | | 56,106.42 |
| 08/24/2009 | 1187 | Federal Tax Processing | PAYROLL TAX PAY... | | 2,237.34 | X | | 53,869.08 |
| 08/24/2009 | 1188 | Spec West | REPAIR AND MAINT... | stripper & seale... | 85.52 | X | | 53,783.56 |
| 08/24/2009 | 1189 | IRS | PAYROLL TAX PAY... | | 655.83 | X | | 53,127.73 |
| 08/24/2009 | 1190 | void | REPAIR AND MAINT... | VOID: | | X | | 53,127.73 |
| 08/24/2009 | 1191 | PG&E | UTILITIES | | 2,829.26 | X | | 50,298.47 |
| 08/24/2009 | 1192 | AT&T | TELEPHONE | | 32.44 | X | | 50,266.03 |
| 08/24/2009 | 1193 | Verizon Wireless | TELEPHONE | | 144.04 | | | 50,121.99 |
| 08/24/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 602.93 | 50,724.92 |
| 08/24/2009 | | | UNDEPOSITED FUN... | Funds Transfer | . | X | 6,322.00 | 57,046.92 |
| 08/25/2009 | 1194 | AT&T | TELEPHONE | | 246.59 | X | | 56,800.33 |
| 08/25/2009 | 1195 | Concept Communica... | OPERATING EXPEN... | | 36.00 | * | | 56,764.33 |

Register: WEST AMERICA BANK DEBTOR POCESS
From 08/01/2009 through 08/31/2009
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/25/2009 | 1196 | Hue & Cry | OPERATING EXPEN... | | 196.50 | X | | 56,567.83 |
| 08/25/2009 | 1197 | Sudden Link | OFFICE | | 39.95 | * | | 56,527.88 |
| 08/25/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 789.91 | 57,317.79 |
| 08/25/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 761.63 | 58,079.42 |
| 08/25/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 693.13 | 58,772.55 |
| 08/25/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 1,674.00 | 60,446.55 |
| 08/25/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 578.20 | 61,024.75 |
| 08/25/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 1,876.00 | 62,900.75 |
| 08/26/2009 | | Sysco | -split- | cashiers ck | 2,296.00 | X | | 60,604.75 |
| 08/26/2009 | 1198 | Dawn Ent | SMALL WARES | | 380.01 | X | | 60,224.74 |
| 08/27/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 636.79 | 60,861.53 |
| 08/27/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 1,993.00 | 62,854.53 |
| 08/28/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 807.62 | 63,662.15 |
| 08/31/2009 | | Sysco | -split- | cashiers ck | 2,006.00 | X | | 61,656.15 |
| 08/31/2009 | 1199 | Del Monte | MEAT | | 414.00 | * | | 61,242.15 |
| 08/31/2009 | 1200 | Del Monte | MEAT | | 156.00 | | | 61,086.15 |
| 08/31/2009 | 1201 | Challenge Dairy | DAIRY | | 708.66 | * | | 60,377.49 |
| 08/31/2009 | | | UNDEPOSITED CRE... | Funds Transfer | | X | 924.02 | 61,301.51 |
| 08/31/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 5,260.00 | 66,561.51 |
| 08/31/2009 | | | UNDEPOSITED FUN... | Funds Transfer | | X | 1,901.00 | 68,462.51 |



# WESTAMERICA BANK

## Account Statement

If you have any questions
about your account please call
800-848-1088
CUSTOMER SERVICE

LAFFOON ENTERPRISES INC
DBA JIMBOYS TACOS
DEBTOR-IN-POSSESSIONCASE #09-31396C11
15825 CARRIE DR
GRASS VALLEY CA

150

95949

ACCOUNT NUMBER
150-58058-7
STATEMENT DATE | CYCLE
08/31/09 | 31
ITEMS ENCLOSED | PAGE
0 | 4
YEAR-TO-DATE INTEREST

### ACCOUNT ACTIVITY

**BALANCE SUMMARY**

- - - - - - - - - - - CHECKS

| ITEM | DATE | AMOUNT | ITEM | DATE | AMOUNT |
|------|------|--------|------|------|--------|
| 1191* | 08/28 | 2,829.26 | 1196* | 08/31 | 196.50 |
| 1192 | 08/27 | 32.44 | 1198* | 08/28 | 380.01 |
| 1194* | 08/31 | 246.59 | | | |

\* INDICATES GAP IN CHECK SEQUENCE

CUSTOMERS WITH CONSUMER LINES OF CREDIT OR CONSUMER EXTRA
CASH: A PAYMENT WILL NOT BE CONSIDERED LATE IF RECEIVED BY
THE BANK WITHIN 21 DAYS OF THE STATEMENT MAIL DATE.

THANK YOU FOR BANKING WITH US. **NOTICE: SEE 'BACK OF STATEMENT' TAB FOR IMPORTANT INFORMATION.**

If you have any questions
about your account please call

**800-848-1088**
CUSTOMER SERVICE

ACCOUNT NUMBER
150-58058-7

| STATEMENT DATE | CYCLE |
|---|---|
| 08/31/09 | 31 |

| ITEMS ENCLOSED | PAGE |
|---|---|
| 0 | 3 |

YEAR-TO-DATE INTEREST

LAFFOON ENTERPRISES INC        150
DBA JIMBOYS TACOS
DEBTOR-IN-POSSESSIONCASE #09-31396C11
15825 CARRIE DR
GRASS VALLEY CA                95949

## ACCOUNT ACTIVITY

## BALANCE SUMMARY

### CHECKS

| ITEM | DATE | AMOUNT | ITEM | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1087 | 08/04 | 562.92 | 1151 | 08/17 | 866.31 |
| 1115* | 08/04 | 234.00 | 1152 | 08/13 | 2,146.99 |
| 1117* | 08/03 | 861.24 | 1153 | 08/14 | 64.63 |
| 1118 | 08/07 | 572.78 | 1154 | 08/17 | 46.83 |
| 1120* | 08/04 | 144.04 | 1155 | 08/13 | 45.00 |
| 1121 | 08/04 | 287.09 | 1157* | 08/18 | 53.04 |
| 1122 | 08/04 | 234.95 | 1158 | 08/25 | 52.80 |
| 1123 | 08/11 | 156.00 | 1159 | 08/19 | 1,202.51 |
| 1124 | 08/06 | 520.00 | 1160 | 08/24 | 523.33 |
| 1125 | 08/07 | 498.57 | 1163* | 08/25 | 262.20 |
| 1126 | 08/04 | 716.80 | 1164 | 08/24 | 574.39 |
| 1127 | 08/07 | 6,200.00 | 1165 | 08/20 | 336.72 |
| 1128 | 08/05 | 508.42 | 1166 | 08/21 | 555.86 |
| 1129 | 08/05 | 668.01 | 1167 | 08/21 | 661.35 |
| 1130 | 08/18 | 619.62 | 1169* | 08/26 | 341.28 |
| 1131 | 08/10 | 594.46 | 1170 | 08/24 | 556.61 |
| 1132 | 08/07 | 516.13 | 1171 | 08/21 | 571.84 |
| 1133 | 08/06 | 569.94 | 1172 | 08/24 | 603.41 |
| 1134 | 08/07 | 610.54 | 1173 | 08/24 | 516.99 |
| 1135 | 08/07 | 602.82 | 1174 | 08/25 | 606.84 |
| 1136 | 08/11 | 569.09 | 1175 | 08/24 | 606.81 |
| 1137 | 08/06 | 706.62 | 1176 | 08/20 | 786.63 |
| 1138 | 08/06 | 1,104.68 | 1177 | 08/20 | 471.98 |
| 1139 | 08/06 | 1,657.81 | 1178 | 08/24 | 242.39 |
| 1140 | 08/05 | 884.90 | 1179 | 08/21 | 1,104.69 |
| 1141 | 08/05 | 499.82 | 1180 | 08/21 | 1,657.81 |
| 1142 | 08/11 | 240.55 | 1181 | 08/27 | 745.00 |
| 1143 | 08/12 | 2,323.42 | 1183* | 08/27 | 492.72 |
| 1144 | 08/12 | 39.95 | 1184 | 08/28 | 672.52 |
| 1145 | 08/14 | 142.51 | 1186* | 08/25 | 229.08 |
| 1146 | 08/17 | 546.69 | 1187 | 08/28 | 2,237.34 |
| 1149* | 08/13 | 520.20 | 1188 | 08/26 | 85.52 |
| 1150 | 08/18 | 234.00 | 1189 | 08/31 | 655.83 |

THANK YOU FOR BANKING WITH US.  NOTICE: SEE 'BACK OF STATEMENT TAB FOR IMPORTANT INFORMATION.

# ★ WESTAMERICA BANK

## Account Statement

If you have any questions
about your account please call
**800-848-1088**
CUSTOMER SERVICE

| ACCOUNT NUMBER |
| --- |
| 150-5805B-7 |

| STATEMENT DATE | CYCLE |
| --- | --- |
| 08/31/09 | 31 |

| ITEMS ENCLOSED | PAGE |
| --- | --- |
| 0 | 2 |

YEAR-TO-DATE INTEREST

LAFFOON ENTERPRISES INC     150
DBA JIMBOYS TACOS
DEBTOR-IN-POSSESSIONCASE #09-31396C11
15825 CARRIE DR
GRASS VALLEY CA     95949

## ACCOUNT ACTIVITY

## BALANCE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 08/21 | HRTLAND PMT SYS   - MC/V DISC | 713.72 |
| 08/21 | BRANCH DEPOSIT | 1,953.00 |
| 08/24 | HRTLAND PMT SYS   - MC/V DISC | 602.93 |
| 08/24 | BRANCH DEPOSIT | 6,322.00 |
| 08/25 | HRTLAND PMT SYS   - MC/V DISC | 789.91 |
| 08/25 | HRTLAND PMT SYS   - MC/V DISC | 761.63 |
| 08/25 | HRTLAND PMT SYS   - MC/V DISC | 693.13 |
| 08/25 | BRANCH DEPOSIT | 1,674.00 |
| 08/26 | HRTLAND PMT SYS   - MC/V DISC | 578.20 |
| 08/26 | BRANCH DEPOSIT | 1,876.00 |
| 08/27 | HRTLAND PMT SYS   - MC/V DISC | 636.79 |
| 08/27 | BRANCH DEPOSIT | 1,993.00 |
| 08/28 | HRTLAND PMT SYS   - MC/V DISC | 807.62 |
| 08/31 | HRTLAND PMT SYS   - MC/V DISC | 924.02 |
| 08/31 | BRANCH DEPOSIT | 5,260.00 |
| 08/31 | BRANCH DEPOSIT | 1,901.00 |

- - - - - - - -WITHDRAWALS-FEES-CHARGES- - - - - - - - -

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 08/03 | HRTLAND PMT SYS   - MC/V DISC | 697.36 |
| 08/05 | TELEPHONE TRANSFER | 2,556.00 |
| 08/07 | DEBIT MEMO | 1,706.00 |
| 08/10 | STARCONNECT PLUS FEES | 7.00 |
| 08/12 | TELEPHONE TRANSFER | 1,631.00 |
| 08/14 | WITHDRAWAL | 1,740.00 |
| 08/19 | DEBIT MEMO | 1,977.70 |
| 08/20 | JIMBOYS MARKETIN - ACH | 5,556.37 |
| 08/21 | DEBIT MEMO | 1,415.52 |
| 08/26 | TELEPHONE TRANSFER | 2,296.00 |
| 08/31 | DEBIT MEMO | 2,006.00 |

# WESTAMERICA BANK

## Account Statement

If you have any questions about your account please call

800-848-1088
CUSTOMER SERVICE

| | |
|---|---|
| LAFFOON ENTERPRISES INC | 150 |
| DBA JIMBOYS TACOS | |
| DEBTOR-IN-POSSESSIONCASE #09-31396C11 | |
| 15825 CARRIE DR | |
| GRASS VALLEY CA | 95949 |

**ACCOUNT NUMBER**
150-58058-7

**STATEMENT DATE** 08/31/09  **CYCLE** 31

**ITEMS ENCLOSED** 0  **PAGE** 1

**YEAR-TO-DATE INTEREST**

| PREVIOUS BALANCE | CHECKS AND WITHDRAWALS | | DEPOSITS AND CREDITS | | INTEREST MINUS CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | NUMBER | AMOUNT | | |
| 62,030.40 | 82 | 70,999.57 | 50 | 83,378.04 | .00 | 74,408.87 |

## ACCOUNT ACTIVITY

## BALANCE SUMMARY

BUSINESS REGULAR CHECKING

| DATE | BALANCE |
|---|---|

31 DAYS THIS CYCLE

- - - - - - - - - - - DEPOSITS - - - - - - - - - - - - - PREVIOUS BALANCE

| DATE | DESCRIPTION | | AMOUNT | | DATE | BALANCE |
|---|---|---|---|---|---|---|
| | | | | | 07/31 | 62,030.40 |
| 08/03 | HRTLAND PMT SYS | - MC/V DISC | 783.65 | | 08/03 | 66,966.45 |
| 08/03 | BRANCH DEPOSIT | | 5,711.00 | | 08/04 | 69,591.62 |
| 08/04 | HRTLAND PMT SYS | - MC/V DISC | 937.02 | | 08/05 | 67,426.57 |
| 08/04 | HRTLAND PMT SYS | - MC/V DISC | 888.10 | | 08/06 | 65,457.57 |
| 08/04 | HRTLAND PMT SYS | - MC/V DISC | 776.85 | | 08/07 | 55,465.66 |
| 08/04 | BRANCH DEPOSIT | | •2,203.00 | | 08/10 | 64,535.30 |
| 08/05 | HRTLAND PMT SYS | - MC/V DISC | 868.10 | | 08/11 | 67,514.49 |
| 08/05 | BRANCH DEPOSIT | | 2,084.00 | | 08/12 | 66,453.44 |
| 08/06 | HRTLAND PMT SYS | - MC/V DISC | 784.05 | | 08/13 | 66,230.56 |
| 08/06 | BRANCH DEPOSIT | | 1,806.00 | | 08/14 | 64,781.73 |
| 08/07 | HRTLAND PMT SYS | - MC/V DISC | 714.93 | | 08/17 | 72,241.15 |
| 08/10 | HRTLAND PMT SYS | - MC/V DISC | 892.10 | | 08/18 | 75,841.19 |
| 08/10 | BRANCH DEPOSIT | | 6,393.00 | | 08/19 | 75,241.99 |
| 08/10 | BRANCH DEPOSIT | | 2,386.00 | | 08/20 | 70,880.85 |
| 08/11 | HRTLAND PMT SYS | - MC/V DISC | 830.20 | | 08/21 | 67,580.50 |
| 08/11 | HRTLAND PMT SYS | - MC/V DISC | 786.58 | | 08/24 | 70,881.50 |
| 08/11 | HRTLAND PMT SYS | - MC/V DISC | 590.16 | | 08/25 | 73,649.25 |
| 08/11 | BRANCH DEPOSIT | | 1,737.89 | | 08/26 | 73,380.65 |
| 08/12 | HRTLAND PMT SYS | - MC/V DISC | 935.32 | | 08/27 | 74,740.28 |
| 08/12 | BRANCH DEPOSIT | | 1,998.00 | | 08/28 | 69,428.77 |
| 08/13 | HRTLAND PMT SYS | - MC/V DISC | 800.31 | | 08/31 | 74,408.87 |
| 08/13 | BRANCH DEPOSIT | | 1,689.00 | | | |
| 08/14 | HRTLAND PMT SYS | - MC/V DISC | 498.31 | | NEW BALANCE | |
| 08/17 | HRTLAND PMT SYS | - MC/V DISC | 723.25 | | 08/31 | 74,408.87 |
| 08/17 | BRANCH DEPOSIT | | 6,051.00 | | | |
| 08/17 | BRANCH DEPOSIT | | 2,145.00 | | | |
| 08/18 | HRTLAND PMT SYS | - MC/V DISC | 807.84 | | | |
| 08/18 | HRTLAND PMT SYS | - MC/V DISC | 788.17 | | | |
| 08/18 | HRTLAND PMT SYS | - MC/V DISC | 728.69 | | | |
| 08/18 | BRANCH DEPOSIT | | 2,182.00 | | | |
| 08/19 | HRTLAND PMT SYS | - MC/V DISC | 598.01 | | | |
| 08/19 | BRANCH DEPOSIT | | 1,983.00 | | | |
| 08/20 | HRTLAND PMT SYS | - MC/V DISC | 635.56 | | | |
| 08/20 | BRANCH DEPOSIT | | 2,155.00 | | | |

Extra Cash

| PREVIOUS BALANCE | ADVANCES AND CHARGES | | PAYMENTS AND CREDITS | | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | NUMBER | AMOUNT | | | |

| LINE OF CREDIT | CREDIT AVAILABLE | ANNUAL PERCENTAGE RATE | DAILY PERIODIC RATE | PAYMENT PAST DUE + PAYMENT THIS PERIOD = MINIMUM PAYMENT DUE | PAYMENT DUE DATE | YEAR-TO-DATE INTEREST PAID |
|---|---|---|---|---|---|---|

THANK YOU FOR BANKING WITH US.  **NOTICE: SEE 'BACK OF STATEMENT' TAB FOR IMPORTANT INFORMATION.**