UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Laffoon Enterprises, Inc. | **Case No :** | 09-31396 - C - 11 |
| | | **Date :** | 10/20/2010 |
| | | **Time :** | 10:00 |

**Matter :** Status Conference – [1] – Chapter 11 Voluntary Petition. Missing Document(s): Attorney Disclosure Statement; Summary of schedules; Schedule A – Real Property; Schedule B – Personal Property; Schedule D – Secured Creditors; Schedule E – Unsecured Priority Creditor; Schedule F – Unsecured Nonpriority Creditors; Schedule G – Exec. Contracts & Unexpired Leases; Schedule H – Codebtors; Statement of Financial Affairs; Balance Sheet due by 6/19/2009. Cash Flow Statement due by 6/19/2009. Tax Return; Statement of Operations due by 6/19/2009. Statement Regarding Ownership of Corporate Debtor; Document(s) due by 6/19/2009. (msws) Modified on 6/5/2009 (msws).

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** NOT RECORDED
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING CONTINUED TO: 11/22/10 at 02:00 PM