UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Laffoon Enterprises, Inc. | **Case No :** | 09-31396 - C - 11 |
| | | **Date :** | 10/20/10 |
| | | **Time :** | 10:00 |

**Matter :** [66] - Amended/Modified [60] Plan [JPG-3]
Filed by Debtor Laffoon Enterprises, Inc. (jtis)
Modified on 6/17/2010 (jtis).

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** NOT RECORDED
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING CONTINUED TO: 11/22/10 at 02:00 PM